**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re: WILFREDO C CORDERO § Case No. :07-bk-22000
      CRYSTAL D CORDERO § 
       §
      Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

FREDERICK L REIGLE, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2007.

2) The plan was confirmed on 08/28/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/22/2008, 09/10/2009, 08/11/2011, 08/16/2012.

5) The case was completed on 01/17/2013.

6) Number of months from filing or conversion to last payment: 62.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,540.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 11,433.25 | |
| Less amount refunded to debtor | $ 0.25 | |
| **NET RECEIPTS** | | $ 11,433.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,103.05 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**          $ 2,103.05

Attorney fees paid and disclosed by debtor:          $ 2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THOMAS L LIGHTNER ESQ | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| FREDERICK L. REIGLE TRUSTEE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MGMT SYSTEMS CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AES GRADUATE LOAN SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLENTOWN ASSOC PSYCH-DR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMATO & ASSOCIATES, PC | Uns | 0.00 | 2,491.85 | 2,491.85 | 37.65 | 0.00 |
| ASPIRE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANCO POPULAR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BETHLEHEM EMERGENCY CARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE MASTERCARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTURY TWENTY-ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ALLENTOWN | Sec | 0.00 | 614.16 | 614.16 | 614.16 | 0.00 |
| CITY OF ALLENTOWN | Pri | 0.00 | 656.16 | 42.00 | 42.00 | 0.00 |
| CREDITTECH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CROSS COUNTRY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DOLLAR FINANCIAL GROUP INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EPMG OF PENNSYLVANIA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 524.33 | 524.33 | 7.93 | 0.00 |
| GMAC | Uns | 0.00 | 6,834.22 | 6,834.22 | 103.27 | 0.00 |
| GMAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 907.71 | 907.71 | 13.72 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 591.16 | 591.16 | 8.93 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN FOUNDATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE CORPORATION | Sec | 0.00 | 120,510.71 | 8,109.58 | 8,109.58 | 0.00 |
| PLATINUM RECOVERY SOLUTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| POWELL ROGERS & SPEAKS INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PPL | Uns | 0.00 | 3,260.17 | 3,260.17 | 49.26 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 2,303.99 | 2,303.99 | 34.81 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 378.97 | 378.97 | 5.73 | 0.00 |
| QUAKERTOWN NATIONAL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK (QVC) | Uns | 0.00 | 672.65 | 672.65 | 10.17 | 0.00 |
| RAYMOUR & FLANIGAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RCN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RCN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MGMT SYSTEMS CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,574.41 | 1,574.41 | 23.79 | 0.00 |
| SACRED HEART HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SERVICE ELECTRIC CABLE TV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEIGEL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT-NEXTEL CORPORATION | Uns | 0.00 | 2,027.97 | 2,027.97 | 30.65 | 0.00 |
| ST LUKE'S EMERGENCY PHYS SPEC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ST. LUKES EMERGENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNEAST CREDIT UNION | Uns | 0.00 | 7,925.97 | 7,925.97 | 119.77 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| T MOBILE USA INC | Uns | 0.00 | 221.39 | 221.39 | 3.34 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 0.00 | 338.15 | 338.15 | 5.11 | 0.00 |
| THOMAS E. YOUNG, MD | Uns | 0.00 | 89.67 | 89.67 | 1.35 | 0.00 |
| TRANSWORLD SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 615.76 | 615.76 | 9.30 | 0.00 |
| UGI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UGI UTILITIES INC | Uns | 0.00 | 663.37 | 663.37 | 10.02 | 0.00 |
| VERIZON PENN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 395.40 | 395.40 | 5.98 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 644.04 | 644.04 | 9.73 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 1,408.92 | 1,408.92 | 21.29 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 634.10 | 634.10 | 9.58 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 2,834.92 | 2,834.92 | 42.83 | 0.00 |
| THOMAS L LIGHTNER ESQ | Lgl | 3,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 8,109.58 | $ 8,109.58 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 614.16 | $ 614.16 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,723.74 | $ 8,723.74 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 42.00 | $ 42.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 42.00 | $ 42.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 37,339.12 | $ 564.21 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 2,103.05 |
| Disbursements to Creditors | $ 9,329.95 |
| **TOTAL DISBURSEMENTS:** | $ 11,433.00 |

**UST Form 101-13-FR-S (9/1/2009)**

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>11/12/2013</u>          By:  <u>/s/ Frederick L. Reigle, Esq.</u>
                                   STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**